| | AUSA: Maggie Smith | Telephone: (313) 226-9135 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Nate Triezenberg, ATF | Telephone: (810) 347-3408 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Antonio Anthony Ashford

Case:2:20-mj-30046
Judge: Unassigned,
Filed: 01-30-2020 At 12:52 PM
CMP USA V. ANTONIO ANTHONY ASHFORD
(NA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922 (g) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Nate Triezenberg, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/30/2020

_Judge's signature_

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Special Agent Nathan Triezenberg, being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including writing and review of reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since September 2015. I have received formal training through participation and successful completion of the ATF Special Agent Basic Training as well as training at the Federal Law Enforcement Training Center's Criminal Investigator Training Program.

3. I, along with other law enforcement personnel, are currently conducting an investigation involving federal firearms violations by Antonio Anthony ASHFORD (DOB: XX/XX/1989). Specifically, a violation of Title 18 U.S.C. Section 922(g)(1)- Possession of a Firearm by a Felon.

4. On January 30, 2020, the United States Marshal Service conducted surveillance of ASHFORD in an effort to execute an arrest warrant for cocaine possession out of Oakland County. Law enforcement identified ASHFORD in the driver's seat of a grey Chrysler 300, parked in the driveway of 82XX Sussex, in the city of Detroit.

5. Law enforcement approached the vehicle, and ordered ASHFORD to get out. AHSFORD exited the vehicle, and indicated to law enforcement that there would be a gun in the car, and directed them to look in between the driver seat and driver's side console.

6. Law enforcement located a Springfield Armory .40 caliber XD pistol with an extended magazine stuffed in between the driver seat and driver's side console, where ASHFORD indicated it would be located. The magazine was sticking up in plain view.

7. ASHFORD was provided his *Miranda* rights and agreed to speak with law enforcement. AHSFORD admitted the firearm belonged to him, and stated that he traded a car for the firearm.

8. AHSFORD is prohibited from possessing a firearm as a result of a 2010 felony conviction for a controlled substance violation out of Oakland County.

9. The firearm described above was examined by the affiant, who is trained and is recognized as an authority on interstate nexus. It was found that the firearm was manufactured outside of the state of Michigan.

10. Based on the aforementioned facts, I have probable cause to believe that on or about January 30, 2020, in the Eastern District of Michigan, Antonio ASHFORD did knowingly violate 18 U.S.C. § 922(g)(1), by unlawfully possessing a firearm while being prohibited as a felon.

Accordingly, your Affiant respectfully requests that this Court issue an arrest warrant.

_____
Special Agent Nathan Triezenberg,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed before me this 30th day of January 2020

_____
United States Magistrate Judge
David R. Grand, U.S. Magistrate Judge
Date: 1/30/2020